# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STACEY RENARD HOWARD | CIVIL ACTION |
| VERSUS | NO. 19-758 |
| DEPARTMENT OF PROBATION & PAROLE AMITE DISTRICT, ET AL. | SECTION "I"(4) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Stacey Renard Howard's 42 U.S.C. § 1983 complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 3rd day of September, 2019.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**